IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS S. MAHLEN, JR., JOHN L. WRIGHT, SEAN P. MCDANIEL, MICHAEL V. MAHLEN<br><br>Plaintiffs,<br><br>vs.<br><br>MEGAN N. MAHLEN, CRYSTAL WEST, JR., BITTERROOT INVESTIGATIONS, HENDRICKSON LAW FIRM, P.C., AND DOE DEFENDANTS 1–5<br><br>Defendants. | CV 24–63–M–DLC<br><br>ORDER |

IT IS HEREBY ORDERED that the Court withdraws its referral to United States Magistrate Judge Kathleen L. DeSoto.  The case remains assigned to the Honorable Dana L. Christensen for all further proceedings.

DATED this 18th day of July, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1