IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS S. MAHLEN, JR., JOHN L. WRIGHT, SEAN P. MCDANIEL, MICHAEL V. MAHLEN<br><br>Plaintiffs,<br><br>vs.<br><br>MEGAN N. MAHLEN, CRYSTAL WEST, JR., BITTERROOT INVESTIGATIONS, HENDRICKSON LAW FIRM, P.C., AND DOE DEFENDANTS 1–5<br><br>Defendants. | CV 24–63–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Megan N. Mahlen's Unopposed Motion to Strike. (Doc. 25.) Through the Motion, Megan Mahlen requests that the Court strike her original answer to avoid burdening the Court with tangential issues. (*Id.* at 1.) No party opposes the motion. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 25) is GRANTED. Megan Mahlen's Answer and Demand for Jury Trial (Doc. 21) is STRICKEN from the Court's docket.

DATED this 6th day of September, 2024.

1

_____
Dana L. Christensen, District Judge
United States District Court