IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| THOMAS S. MAHLEN, JR., JOHN L. WRIGHT, SEAN P. MCDANIEL, MICHAEL V. MAHLEN<br><br>Plaintiffs,<br><br>vs.<br><br>MEGAN N. MAHLEN, CRYSTAL WEST, JR., BITTERROOT INVESTIGATIONS, HENDRICKSON LAW FIRM, P.C., AND DOE DEFENDANTS 1–5<br><br>Defendants. | CV 24–63–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulated Motion to Dismiss with Prejudice. (Doc. 37.) For good cause appearing,

IT IS ORDERED that the Motion (Doc. 37) is GRANTED. This Case is dismissed with prejudice with all Parties to bear their own costs. The Clerk of Court is directed to close this case file.

DATED this 26th day of June, 2025.

*[signature]*

Dana L. Christensen, District Judge
United States District Court

1